# EXHIBIT 2

# HAROLD L. KESTENBAUM, P.C.
Attorney at Law
1425 RXR Plaza • 14th Floor • East Tower
Uniondale, New York 11556-1425

HAROLD L. KESTENBAUM
N.Y. & N.J. BARS

(516) 745-0099
Fax (516) 745-0293
E-mail: hkestenbaum@rmfpc.com
Website: www.franchiseatty.com

March 1, 2011

**VIA FEDEX AND CERTIFED MAIL**
Premiere Food Service, LLC
15422 Kilburn Court
Westerfield, Indiana 46074
Attention: Michael Rigdon
           Catherine Hendryx

Premiere Food Services, LLC
10450 Allisonville Road
Fishers, Indiana 46038
Attention: Michael Rigdon
           Catherine Hendryx

RE:   NOTICE TO CURE OF RITTER'S FROZEN CUSTARD FRANCHISE AGREEMENT DATED MARCH 11, 2009

Dear Mr. Rigdon and Ms. Hendryx:

Please be advised that my office serves as franchise counsel to TRUFOODS LLC ("Franchisor"). You are hereby notified that you are in default under that certain Franchise Agreement entered into by and between Franchisor and Premiere Food Services, LLC ("Franchisee") ("Franchise Agreement"), in that you have breached and failed to meet your obligations to the Franchisor pursuant to Section 1.3.1 of the Operations Manual for failure to re-open your Ritter's Frozen Custard Shoppe by March 1, 2011 after closing for the winter.

**PURSUANT TO SECTION 16.3 OF THE FRANCHISE AGREEMENT, YOU ARE HEREBY NOTIFIED OF YOUR REQUIREMENT TO CURE SAID DEFAULTS WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS NOTICE.**

The Franchisor considers your actions to be in total breach of material provisions of the Agreement. Your failure to take timely action to cure said default as set forth herein shall result in the Franchisor taking remedial actions as granted in the Agreement, including termination thereof.

The enumerations herein of the above grounds for default shall not constitute a waiver by the Franchisor as to the existence of other items of default, whether or not such additional defaults are presently known to Franchisor. In addition, Franchisor specifically reserves the right to seek and to recover all amounts owed by you to the Franchisor, damages for any loss of the Franchise and attorney's fees and costs to the extent provided for by the Agreement or applicable law.

Very truly yours,

*Harold L Kestenbaum/sp*
Harold L. Kestenbaum

HLK:sp