# EXHIBIT 3

Michael Rigdon
Catherine Hendryx
March 15, 2011
Page 2

2. You must cease to use, by advertising or in any manner whatsoever, any equipment, materials, confidential methods, procedures and techniques associated with the Ritter's System or which display the Marks or any other distinctive forms, slogans, signs, symbols, or devices associated or belonging to Ritter's.

3. You must make such modifications or alterations to the Shoppe and the Licensed Location which operated under the Franchise Agreement (including, without limitation the changing of all telephone numbers), as may be necessary or as requested by RFC to prevent the operation of any business on the Licensed Location which might be deemed substantially similar to or confusingly similar with that of RFC or any other RFC franchisee, and cease utilizing any trade dress, designation of origin, description or representation which falsely suggests or represents an association or connection with RFC.

4. You must turn over to RFC all manuals, including the Operations Manual, customer lists and records in all forms and media, other records, files, instructions, correspondence, and materials including, without limitation, brochures, agreements, disclosure statements and any and all other materials relating to the Franchised Business operated under the Franchise Agreement in Franchisee's possession including all copies thereof (all of which are hereby acknowledged to be RFC's sole property and on loan to Franchisee during the term of the Franchise Agreement).

5. You must assign to RFC all of Franchisee's telephone numbers and classified listings and advertisements used in the operation of the Ritter's Frozen Custard Shoppe.

6. You must pay to RFC all sums due and owing to RFC or any affiliate of RFC, including any unpaid Royalty Fees, any amount owed for products and Supplies purchased or for any other reason, and to pay any unpaid advertising contributions.

Finally, you are reminded that the Agreement contains a non-competition Section, 7, which precludes you, either directly or indirectly from competing with the Franchisor or from remaining in this business for a period of two (2) years, within a two (2) mile radius of your Shoppe.

The enumerations herein of your duties and obligations following termination and the above defaults shall not constitute a waiver by the Franchisor as to the existence of other items of default, whether or not such additional defaults are presently known to Franchisor or any other post-termination provisions whether or not such additional post-termination obligations are enumerated herein. In addition, Franchisor specifically reserves the right to seek and to recover all amounts owed by you to the Franchisor, damages for attorneys' fees and costs to the extent provided for by the Agreement or applicable law.

Very truly yours,

Harold L. Kestenbaum /sp
Harold L. Kestenbaum

HLK:sp

cc:   Gary Occhiogrosso