UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

11 APR -1 AM 11: 36

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| TRUFOODS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL RIGDON (a/k/a Mike Rigdon), | ) | CAUSE NO. _____ |
| CATHERINE HENDRYX (a/k/a Cathy Hendrix), and | ) | **1 : 11 -cv- 0 4 4 6 JMS -TAB** |
| PREMEIR FOOD SERVICES, LLC (a/k/a Premiere Foodservices, LLC), | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and S.D. Ind. Local Rule 7.2, Plaintiff TRUFOODS, LLC,

which is a limited liability company organized under the laws of New Jersey, states that it is

owned by AUA TRUFOODS, LLC, a limited liability company organized under the laws of

New Jersey, which is owned by individuals. No publicly held company or investment fund holds

a 10% or more ownership interest in TRUFOODS, LLC.

Respectfully submitted,

Bart A. Karwath
Jennifer L. Schuster
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

Attorneys for Plaintiff,
TRUFOODS, LLC

INDS02 1159543v1