UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRUFOODS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MICHAEL RIGDON (a/k/a Mike Rigdon), CATHERINE HENDRYX (a/k/a Cathy Hendryx), PREMEIR FOOD SERVICES, LLC (a/k/a Premiere Foodservices, LLC), and CONEY ISLAND CUSTARD & DOGS LLC, | ) ) ) ) ) ) ) Cause No. 1:11-cv-00446-JMS-TAB |
| Defendants. | ) ) ) |

**TRUFOODS, LLC'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff TRUFOODS, LLC ("TRUFOODS"), pursuant to Fed. R. Civ. P. 65(a), moves for a preliminary injunction prohibiting Defendants Michael Rigdon (a/k/a Mike Rigdon) ("Rigdon"), Catherine Hendryx (a/k/a Cathy Hendryx) ("Hendryx"), Premeir Food Services LLC (a/k/a Premiere Foodservices, LLC) ("PFS"), and Coney Island Custard & Dogs LLC ("Coney Island Custard") from further use and infringement of TRUFOODS' trademarks and trade dress. In support of its Motion, TRUFOODS states as follows:

1. TRUFOODS has adopted and used in interstate commerce a number of trademarks (the "Marks"), which have been registered with the United States Patent and Trademark Office in connection with its operation of Ritter's Frozen Custard Shoppes and its franchise system.

2. In addition, TRUFOODS is the owner of the distinctive trade dress used in Ritter's Frozen Custard Shoppe locations ("Ritter's Trade Dress").

3. Defendants have used and displayed the Marks and Ritter's Trade Dress, including at and in connection with operating a competing business known as "Coney Island Custard" at a location where another Ritter's Frozen Custard Shoppe location was formerly operated, at 5530 East U.S. Highway 36, Avon, IN, 46123, despite the fact that the defendants have no right or license to use the Marks or Ritter's Trade Dress.

4. Defendants' actions threaten irreparable injury to TRUFOODS.

5. TRUFOODS has no adequate remedy at law for defendants' actions.

6. TRUFOODS is likely to prevail on the merits of its claims against defendants.

7. The balance of harms favors the entry of a preliminary injunction because TRUFOODS would be irreparably injured if defendants are permitted to continue their infringing conduct, while defendants have no lawful interest in continuing their unlawful conduct.

8. The public interest would not be disserved by the entry of a preliminary injunction.

9. TRUFOODS hereby incorporates by reference its Brief in support of this Motion.

10. TRUFOODS also requests the Court set this matter for a hearing at the earliest possible date.

WHEREFORE, TRUFOODS respectfully requests that the Court grant this Motion and enter a preliminary injunction enjoining defendants from continuing to infringe and use TRUFOODS' trademarks and trade dress, and for all other appropriate relief.

Respectfully submitted,


*/s/ Jennifer L. Schuster*
Bart A. Karwath
Jennifer L. Schuster

Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204

Telephone:  (317) 231-7252
Facsimile:   (317) 231-7433

Attorneys for Plaintiff TRUFOODS, LLC

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 22, 2011, a copy of the foregoing was filed electronically, and a copy of this filing was served on the following parties via United States First Class Mail, postage prepaid (with a copy served via Federal Express):

>Coney Island Custard & Dogs LLC
>c/o Michael Rigdon, Registered Agent
>15422 Kilburn Ct.
>Westfield, IN 46074
>
>Premeir Food Services, LLC (a/k/a Premiere Foodservices, LLC)
>c/o Catherine A. Hendryx, Registered Agent
>15422 Kilburn Ct.
>Westfield, IN 46074
>
>Catherine Hendryx (a/k/a Cathy Hendryx)
>15422 Kilburn Ct.
>Westfield, IN 46074
>
>Michael Rigdon (a/k/a Mike Rigdon)
>15422 Kilburn Ct.
>Westfield, IN 46074

*/s/ Jennifer L. Schuster*

INDS02 1160361v1