UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRUFOODS, LLC, | ) |
|         Plaintiff, | ) ) ) |
| v. | ) ) |
| MICHAEL RIGDON (a/k/a Mike Rigdon), CATHERINE HENDRYX (a/k/a Cathy Hendryx), PREMEIR FOOD SERVICES, LLC (a/k/a Premiere Foodservices, LLC), and CONEY ISLAND CUSTARD & DOGS LLC, | ) ) ) ) ) ) ) |
|         Defendants. | ) ) |

Cause No. 1:11-cv-00446-JMS-TAB

## AGREED PRELIMINARY INJUNCTION

Plaintiff TRUFOODS, LLC ("TRUFOODS") and Defendants Michael Rigdon (a/k/a Mike Rigdon) ("Rigdon"), Catherine Hendryx (a/k/a Cathy Hendryx) ("Hendryx"), Premeir Food Services LLC (a/k/a Premiere Foodservices, LLC) ("PFS"), and Coney Island Custard & Dogs LLC have reached an agreement concerning TRUFOODS' Motion for Preliminary Injunction. The Court, being duly advised in the premises, THEREFORE ORDERS, ADJUDGES AND DECREES THAT:

    1.    This is an action for registered trademark infringement, common law trademark infringement, common law trade dress infringement, unfair competition under Indiana law, breach of contract, and enforcement of guarantees.

    2.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under federal law in that TRUFOODS asserts claims under 15 U.S.C. § 1114 and 15 U.S.C. § 1125(a). The Court has supplemental jurisdiction over the remaining state

claims under 28 U.S.C. § 1367. This Court also has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

3. This Court has personal jurisdiction over the Defendants.

4. Defendants Rigdon, Hendryx, and PFS formerly operated a Ritter's Frozen Custard Shoppe franchise in Fishers, Indiana, pursuant to the Store 103 Franchise Agreement ("Franchise Agreement") (Dkt. 9-1, 9-2).

5. The following United States Federal Trademark Registrations (the "Marks") are owned by TRUFOODS:

| Registration No. | Mark | Date of Registration | International classes | Image |
|---|---|---|---|---|
| 1,976,078 | RITTER'S FROZEN CUSTARD | May 28, 1996 | 42: Retail frozen dairy product store services | |
| 2,706,642 | RITTER'S FROZEN CUSTARD TASTE THE DIFFERENCE! | April 15, 2003 | 35: Retail frozen dairy product store services | [Ritter's Frozen Custard logo] |
| 2,801,455 | CUBBY PAWS | December 30, 2003 | 30: Ice cream sandwiches | |
| 3,322,584 | RITTER'S FROZEN CUSTARD LEGENDARY ICE CREAM | October 30, 2007 | 30: Ice cream; ice cream drinks; ice cream sandwiches; ice-cream cakes | RITTER'S FROZEN CUSTARD LEGENDARY ICE CREAM |

6. Ritter's Frozen Custard Shoppe locations also display blue, aqua and/or white colors on the roof of the building, umbrellas and signage and display distinct signage and other

2

non-functional design elements associated with a Ritter's Frozen Custard Shoppe or the Ritter's brand.

7. Defendants are currently operating a business in a building formerly occupied by a Ritter's Frozen Custard Shoppe in Avon, Indiana located at 5530 East U.S. Highway 36, Avon, IN, 46123, known as "Coney Island Custard."

8. TRUFOODS has moved for a preliminary injunction requiring Defendants to cease using its trademarks and Ritter's trade dress in conjunction with their operation of Coney Island Custard.

9. The parties have agreed to enter into an agreed preliminary injunction containing the terms set forth below that shall remain in effect for the pendency of this litigation. The parties further agree that this preliminary injunction can be modified at any time to a permanent injunction upon the submission of a joint written notification to the Court. The parties further agree that no party is waiving any claims or defenses to the underlying claims of this litigation by entering into this agreed preliminary injunction, including, but not limited to, a claim by TRUFOODS that the shape of the Coney Island Custard building is TRUFOODS' protected trade dress and must be changed.

## ORDER OF INJUNCTION

10. Defendants are enjoined from representing to the public that they are a present or former operator of TRUFOODS/Ritter's Frozen Custard Shoppe with the promotion or operation of any business.

11. Defendants are enjoined from using any designation of origin, description, or representation suggesting or representing a present or former association or connection with TRUFOODS, Ritter's Frozen Custard, the System, the Marks, or Ritter's Trade Dress.

12. Defendants are enjoined from using, in any manner whatsoever, TRUFOODS' Marks, blue, aqua and/or white colors on the roof of the building, umbrellas and signage, and other non-functional design elements associated with a Ritter's Frozen Custard Shoppe or the Ritter's brand; distinctive forms, slogans, signs, symbols, and devices associated with Ritter's Frozen Custard; or other copyrighted materials owned by TRUFOODS. As used in this Agreed Preliminary Injunction the copyrighted materials is understood to include, but is not limited to, the "Next Window Please" sign; photographs behind counter at location, all of which Defendants have removed or will remove within 5 business days. As used in this Agreed Preliminary Injunction, the term "signage" means any sign bearing the name "Ritter's", "Ritter's Frozen Custard," any Ritter's logo, any of the Marks, the copyrighted materials listed above, or any other copyrighted materials owned by TRUFOODS.

13. Defendants are enjoined from using any reproduction, counterfeit, or copy, of TRUFOODS' Marks.

14. To the extent that they have not already done so, Defendants are ordered to completely remove any and all Ritter's Frozen Custard signage inside and outside Coney Island Custard by no later than 7 business days from the date of this Order.

15. Defendants are ordered to remove the illuminated roadside sign displaying the Ritter's Frozen Custard logo by no later than 7 business days from the date of this Order. Covering the sign (such as with a tarp or banner) does not satisfy this section. The sign must be completely removed.

16. Defendants are ordered to completely remove all Ritter's Frozen Custard displays, images, menu displays, and copyrighted materials from Coney Island Custard by no later than 5 business days from the date of this Order.

17. Defendants are ordered to re-paint the roof of Coney Island Custard a color other than aqua, blue or white (or any combination thereof) by no later than 10 business days from the date of this Order and provide written notice to Plaintiff's counsel once the roof has been painted. If Defendants are unable to comply with this deadline for reasons outside of Defendants' control (such as inclement weather or contractor delays), they reserve the right to raise said intervening event as a defense to any allegation of noncompliance with Paragraph 6. TRUFOODS reserves the right to dispute and challenge any such defense.

18. Defendants are ordered to completely remove all umbrellas, table tops or other items that may contain any Ritter's Frozen Custard logo and/or proprietary logo colors from Coney Island Custard by no later than 5 business days from the date of this Order.

19. Defendants are ordered to completely remove all paper products displaying the Ritter's Frozen Custard logo from Coney Island Custard by no later than 5 business days from the date of this Order.

20. Defendants are ordered to completely remove all Ritter's Frozen Custard proprietary custard, ice, and yogurt mixes from Coney Island Custard, to the extent that they have any such mixes, by no later than 5 business days from the date of this Order.

21. To the extent that Defendants have access to or are in actual possession of any TRUFOODS operation manuals, recipe cards, point-of-purchase material and advertising materials exclusive to TRUFOODS or Ritter's, Defendants are ordered to return the same to TRUFOODS by no later than 5 business days from the date of this Order.

22. TRUFOODS reserves its rights to seek additional relief, legal or equitable.

The entry of the above Order in this case is consented to and approved by each party hereto as acknowledged by the signature of each party below. The parties agree that no bond need be posted for this Order to be effective.

*/s/ Jennifer Schuster*
Bart A. Karwath
Jennifer L. Schuster
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204

Attorneys for Plaintiff,
TRUFOODS, LLC

_____
Christopher C. T. Stephen
Michael J. Alerding
Scott Alan Kreider
Alerding Castor Hewitt LLP
47 S. Pennsylvania St., Suite 700
Indianapolis, IN 46204

Attorneys for Defendants Michael Rigdon,
Catherine Hendryx, Premeir Food Services LLC,
and Coney Island Custard & Dogs LLC

_Michael Rigdon_
Michael Rigdon (personally and as a representative of Premeir Food Services, LLC and Coney Island Custard & Dogs LLC)

STATE OF INDIANA     )
                     )SS:
COUNTY OF MARION     )

Before me, a Notary Public in and for said County and State, personally appeared Michael Rigdon, and having been duly sworn, acknowledged the execution of the foregoing Agreed Preliminary Injunction as his own voluntary act and deed.

Witness my hand and Notarial Seal this 17th day of May, 2011.


CHELSEA T. EMERSON
Marion County
My Commission Expires
March 18, 2017

Notary Public
Sign: _Chelsea T. Emerson_
Print: Chelsea T. Emerson

My Commission Expires:

8

_____
Catherine Hendryx (personally and
as a representative of Premeir Food Services, LLC
and Coney Island Custard & Dogs LLC)

STATE OF INDIANA    )
                    )SS:
COUNTY OF MARION    )

Before me, a Notary Public in and for said County and State, personally appeared Catherine Hendryx, and having been duly sworn, acknowledged the execution of the foregoing Agreed Preliminary Injunction as her own voluntary act and deed.

Witness my hand and Notarial Seal this 17th day of May, 2011.

[SEAL: CHELSEA T. EMERSON / Marion County / My Commission Expires / March 18, 2017]

Notary Public

Sign: Chelsea T. Emerson

Print: Chelsea T. Emerson

My Commission Expires:

9

SO ORDERED this ____ day of _____, 2011.

_____
JUDGE, United States District Court
Southern District of Indiana

Case 1:11-cv-00446-JMS-TAB   Document 31   Filed 05/17/11   Page 10 of 11 PageID #: 641

Distribution via ECF to:

Bart A. Karwath
bkarwath@btlaw.com
Jennifer L. Schuster
jschuster@btlaw.com

Christopher C. T. Stephen
cstephen@alerdingcastor.com
Michael J. Alerding
malerding@alerdingcastor.com
Scott Alan Kreider
skreider@alerdingcastor.com

INDS02 1164404v1