UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TRUFOODS, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:11-cv-446-JMS-TAB |
| | ) | |
| MICHAEL RIGDON, et al., | ) | |
|     Defendants. | ) | |

## ADOPTION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's motion for sanctions. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report Recommendation and any objections, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiff's motion [Docket No. 59] is granted in part and denied in part. The Court enters default against Hendryx on Plaintiff's claims and dismisses Hendryx's counterclaims with prejudice. Consistent with the Report and Recommendation, Rigdon shall produce any additional documents responsive to the inadequacies outlined in the Report and Recommendation within twenty-one days from the date of this adoption. Plaintiff shall submit its fee petition to the Court within fourteen days from the date of this adoption.

Dated: 02/28/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies to:

Bart A. Karwath
BARNES & THORNBURG LLP
bart.karwath@btlaw.com

Jennifer Lynn Schuster
BARNES & THORNBURG LLP
jschuster@btlaw.com

Premeir Food Services, LLC
c/o Catherine A. Hendryx
Registered Agent
15422 Kilburn Court
Westfield, Indiana 46074

Catherine Hendryx
15422 Kilburn Court
Westfield, Indiana 46074

Michael Rigdon
15422 Kilburn Ct.
Westfield, IN 46074

Coney Island Custard & Dogs LLC
c/o Michael Rigdon
Registered Agent
15422 Kilburn Court
Westfield, IN 46074